PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Winston Charles Mack                    Cr.: 18-00520-001
                                                          PACTS #: 52535

Name of Sentencing Judicial Officer:   THE HONORABLE WILLIAM D. QUARLES
                                       UNITED STATES DISTRICT JUDGE, D/MD

                                       THE HONORABLE WILLIAM H. WALLS
                                       UNITED STATES DISTRICT JUDGE, D/NJ

Date of Original Sentence: 07/31/2009

Original Offense:   Count One: Conspiracy to Distribute with Intent to Distribute Narcotics, 21 U.S.C. § 846
                    Count Two: Possession with Intent to Distribute Narcotics, 21 U.S.C. § 841(a)(1)

Original Sentence: 136 months imprisonment, 5 years supervised release, $100 Special Assessment

Special Conditions: Substance Abuse Testing and Treatment, Financial Disclosure, Education/Training Requirements

1st Violation: On March 20, 2019, the offender appeared before the Honorable William H. Walls and pled guilty to Violation No. 1: Failure to Report to the Probation Officer as Directed. He was sentenced to Time Served with the previously imposed supervised release term continued. A special condition of two months of location monitoring was also imposed.

Type of Supervision: Supervised Release              Date Supervision Commenced: 05/08/2017

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the statutory condition which states **'You shall not illegally possess or use a controlled substance.'** |
|   | During an office visit on January 23, 2020, the offender submitted to urinalysis testing. The results from the rapid 13-panel test cup revealed a presumptive positive for opiates, amphetamines and methamphetamines. The offender denied drug use and the urine specimen was packaged and sent to the national laboratory for testing. On February 2, 2020, the national laboratory confirmed the specimen positive for morphine, amphetamines and methamphetamines. |

U.S. Probation Officer Action:

Although Mack denied drug use at the time of testing, the offender expressed willingness to participate in outpatient treatment. The probation office scheduled a substance abuse assessment for the offender at Integrity House in Newark, so that the appropriate level of treatment can be determined. Additionally, the probation office intends to increase monitoring and urine surveillance of the offender. As such, this *Report on Offender Under Supervision* is being provided to the Court for informational purposes, and the probation office asks that no formal action be taken at this time.

Respectfully submitted,

*Gisella M. Bassolino/nm*
By:  Gisella M. Bassolino
      Senior U.S. Probation Officer
Date: 02/03/2020 *SAO*

---

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[✓] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

February 20, 2020
Date